| | |
|---|---|
| CAROLYN CHANG (CSB No. 217933)<br>cchang@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:     650.988.8500<br>Facsimile:      650.938.5200<br><br>Attorneys for Defendant<br>MICHAEL S. MCGRATH | HARRISON J. FRAHN IV (Bar No. 206822)<br>hfrahn@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, California 94304<br>Telephone:  (650) 251-5000<br>Facsimile:  (650) 251-5002<br><br>NOAH M. LEIBOWITZ (*pro hac* application forthcoming)<br>nleibowitz@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone:  (212) 455-2000<br>Facsimile:  (212) 455-2502<br><br>Attorneys for Plaintiffs<br>NUVO RESEARCH INC. and<br>NUVO RESEARCH AG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVO RESEARCH INC.<br>NUVO RESEARCH AG,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DR. MICHAEL S. MCGRATH,<br><br>                    Defendant. | Case No.: CV 11-04006 SBA<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND STIPULATED  REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER THEREON** |

The Parties in the above referenced action hereby stipulate as follows:

WHEREAS, Plaintiffs filed this action on August 15, 2011;

WHEREAS, on September 13, 2011, this action was assigned to Judge Armstrong;

WHEREAS, on September 21, 2011, Judge Armstrong issued a Case Management Order setting a telephonic Case Management Conference for December 7, 2011;

WHEREAS, Defendant was served with a summons in this action on October 5, 2011;

WHEREAS, Defendant's deadline to answer, move, or otherwise respond to the Complaint is currently set for October 26, 2011;

WHEREAS counsel for the Parties met and conferred by telephone on October 18, 2011;

WHEREAS Plaintiffs and Defendant stipulated, subject to the Court's approval, that Defendant's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to November 23, 2011;

WHEREAS Plaintiffs and Defendant further stipulated, subject to the Court's approval, that the telephonic Case Management Conference scheduled for December 7, 2011 at 2:30 p.m. be continued to January 11, 2011 at 2:30 p.m. or to the next available date thereafter that is convenient to the Court;

IT IS THEREFORE STIPULATED by and between the Parties, through their respective attorneys of record, subject to the approval of the Court, that:

1. Defendant's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to November 23, 2011;

2. The telephonic Case Management Conference scheduled for December 7, 2011 at 2:30 p.m. be continued to January 11, 2011 at 2:30 p.m. or to the next available date thereafter that is convenient to the Court.

SO STIPULATED.

Dated: October 24, 2011  FENWICK & WEST LLP

By: /s/ Carolyn Chang
Carolyn Chang

Attorneys for Defendant
DR. MICHAEL S. MCGRATH

Dated: October 24, 2011  SIMPSON THACHER & BARTLETT LLP

By: /s/ Harrison J. Frahn IV
Harrison J. Frahn IV

Attorneys for Plaintiffs
NUVO RESEARCH INC. and NUVO RESEARCH AG

**[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING OF CASE MANAGEMENT CONFERENCE**

Pursuant to the stipulation of the Parties, Defendant's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to November 23, 2011.

Pursuant to the stipulation of the Parties, the telephonic Case Management Conference scheduled for December 7, 2011 at 2:30 p.m. is hereby continued to **January 19, 2012 at 3:00 p.m.** *A joint case management conference statement shall be filed at least seven days prior to the conference. Plaintiff is responsible for setting up the conference call. On the specified date and time, Plaintiff shall call (510) 637-3559 with all parties on the line.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 25, 2011

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE