HARRISON J. FRAHN IV (Bar No. 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

NOAH M. LEIBOWITZ (*pro hac* application forthcoming)
nleibowitz@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Plaintiffs*
*Nuvo Research Inc. and*
*Nuvo Research AG*

CAROLYN CHANG (Bar No. 217933)
cchang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

*Attorneys for Defendant*
*Dr. Michael S. McGrath*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVO RESEARCH INC., NUVO RESEARCH AG,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DR. MICHAEL S. MCGRATH,<br><br>                    Defendant. | Case No. CV 11-04006 SBA<br><br>**JOINT STIPULATION AND  ORDER TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 of the Federal District for the |
| 2 | Northern District of California, Plaintiffs Nuvo Research Inc. and Nuvo Research AG |
| 3 | (collectively, "Plaintiffs"), and Defendant Dr. Michael S. McGrath ("Defendant"), by and through |
| 4 | their counsel, submit this Joint Stipulation and Proposed Order Extending the Briefing Schedule |
| 5 | on Defendant's Motion to Dismiss the Second through Fourth Causes of Action of  Plaintiffs' |
| 6 | Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion to Dismiss"), scheduled to be heard |
| 7 | on March 27, 2012.  Pursuant to Civil Local Rules 6-2 and 7-12, the Parties in the above |
| 8 | referenced action hereby stipulate as follows: |
| 9 | WHEREAS counsel for the Parties met and conferred by telephone on November |
| 10 | 30, 2011, December 2, 2011, and December 5, 2011 regarding the deadlines for Plaintiffs' |
| 11 | opposition to the Motion to Dismiss and Defendant's reply, respectively; |
| 12 | WHEREAS Plaintiffs and Defendant stipulate, subject to the Court's approval, that |
| 13 | Plaintiffs' time to file an opposition to the Motion to Dismiss shall be extended to and including |
| 14 | January 17, 2012; |
| 15 | WHEREAS Plaintiffs and Defendant further stipulate, subject to the Court's |
| 16 | approval, that Defendant's time to file a reply in support of its Motion to Dismiss shall be |
| 17 | extended to and including January 31, 2012; and |
| 18 | WHEREAS the requested time modification will have no effect on the Hearing |
| 19 | scheduled for March 27, 2012 or the case schedule; |
| 20 | IT IS THEREFORE STIPULATED by and between the Parties, through their respective |
| 21 | attorneys of record, subject to the approval of the Court, that: |
| 22 | 1.      Plaintiffs' time to file an opposition to the Motion to Dismiss shall be extended to |
| 23 | and including January 17, 2012; |
| 24 | 2.      Defendant's time to file a reply in support of its Motion to Dismiss shall be |
| 25 | extended to and including January 31, 2012. |
| 26 | // |
| 27 | // |
| 28 | // |

1  SO STIPULATED.

3  Dated:   December 5, 2011                    SIMPSON THACHER & BARTLETT LLP

5                                               By:  /s/ Harrison J. Frahn IV
                                                     Harrison J. Frahn IV

6                                               Attorneys for Plaintiffs
7                                               NUVO RESEARCH INC. AND NUVO
                                                RESEARCH AG

9  Dated:   December 5, 2011                    FENWICK & WEST LLP

11                                              By:  /s/ Carolyn Chang
                                                     Carolyn Chang

13                                              Attorneys for Defendant
                                                DR. MICHAEL S. MCGRATH

**ORDER EXTENDING THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

Pursuant to the stipulation of the Parties, Plaintiffs' time to respond to the Motion to Dismiss in this action shall be extended to and including January 17, 2012, and Defendant's time to file a reply in support of its Motion to Dismiss shall be extended to and including January 31, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 6, 2011

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE